USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.I., *individually and on behalf of H.I., a
child with a disability*,

                           Plaintiff,

         v.

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                           Defendant.

21-CV-5114 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 6, 2021, the Court granted Defendant's request for an extension until September 6, 2021 of its deadline to respond to the complaint. Dkt. 8. Defendant has not done so, nor has it requested an extension. Defendant is directed to respond to the complaint or seek an extension of the deadline no later than September 27, 2021.

SO ORDERED.

Dated:    September 20, 2021
          New York, New York

                                        Ronnie Abrams
                                        United States District Judge